## KEA v. CITY OF DUBLIN.

FISH, C. J. Although municipal authorities may have plenary power in the matter of collection, removal, and disposition of garbage, yet they can not lawfully create, in connection therewith, a nuisance dangerous to health or life; and where such a nuisance is created and its effect is specially injurious to an individual by reason of its proximity to his home, he has a cause of action for damages. *Bell* v. *Mayor &c. of Savannah*, 139 *Ga.* 298 (77 S. E. 165). Applying this ruling to the allegations of the petition, it set forth a cause of action, and the court erred in dismissing it upon general demurrer.

*Judgment reversed. All the Justices concur.*
JULY 13, 1916.

Action for damages. Before Judge Kent. Laurens superior court. January 28, 1915.

The plaintiff alleged, in brief, that in December, 1912, he bought a lot in Dublin at the corner of Moore and Calhoun streets, and thereon erected for himself and family a residence, making the value of the premises at least $2,000; that at this time the premises were well situated, healthy, and in every way desirable as a family residence, and so remained until January, 1914, when the City of Dublin through its agents and employees commenced to dump refuse and waste from the city, of every kind and description, in front of his home and within one hundred yards of his door, putting it in the spring-head or drain at the upper end of Stubbs' Park and just above the line of Calhoun street; that the city had so continued to dump the refuse at the same place, putting there the dead bodies of animals and fowls with all other refuse commonly found about a city; that this dumping caused the water

to become ponded and stagnant and to be polluted, sending forth noxious odors and vapors and so impregnating the air that the plaintiff and his family were compelled to breathe that they were made sick with fevers, etc.  He alleged damages in decreased market value of his home, and in expenses arising from the sickness, mental and physical pain, and his lost time; and he claimed punitive damages, for that the city authorities on repeated requests had refused to abate the nuisance.  He had presented his claim for damages to the governing authority of the city, and adjustment of it had been declined.

*George B. Davis* and *S. P. New,* for plaintiff.